Renee HUGGINS, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

**No. 281 EAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Petition to Consolidate is **GRANTED**.